# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Autumn Ridge Landscaping, Inc.                         Case No. 17-5343 (MJD/BRT)
*individually and on behalf of all others similarly situated*

                Plaintiff,

v.

Bobcat Company,

                Defendant.

### Order of Dismissal with Prejudice

Based upon the Stipulation of Dismissal with Prejudice [Doc. #39], IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action be and the same is hereby dismissed with prejudice on the merits and without costs or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 5, 2018                         s/Michael J. Davis
                                                    Michael J. Davis
                                                    United States District Court Judge