## UNITED STATES DISTRICT COURT
### District of Minnesota

Autumn Ridge Landscaping, Inc. individually and on behalf of all others similarly situated,

                Plaintiff(s),

v.

Bobcat Company,

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 17-cv-5343 (MJD/BRT)

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above-entitled action be and the same is hereby dismissed with prejudice on the merits and without costs or attorney fees to any party.

Date: 6/6/2018

KATE M. FOGARTY, CLERK

s/M. Price
(By)   M. Price, Deputy Clerk